FILED

02/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0442

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0442

_____

IN RE THE MARRIAGE OF:

ABRIELLE ELIZABETH HOLMQUIST,

      Petitioner and Appellee,

  and                                                                      O R D E R

GIOVANNI MARINO,

      Respondent and Appellant.

_____

Appellee Abrielle Elizabeth Holmquist has filed a motion for extension of time to file her response brief. The Court notes that the response brief was due January 6, 2024. Good cause appearing,

IT IS HEREBY ORDERED that Appellant has until March 25, 2024, to file her response brief.

No further extensions will be granted unless Appellee notes in the motion that Appellant has been contacted and whether there is an objection to the motion.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
February 9 2024